```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                     SEP 2 4 2008

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD A. JORDAN, | ) | NO. CV 08-1939-SGL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROBERT J. HERNANDEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _September 22_, 2008.

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE